**FILED**
JUL 0 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA        '08 MJ 8600

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: |
| ) | |
| Plaintiff, ) | Title 8, U.S.C. § 1326 |
| ) | Deported Alien Found in |
| v. ) | the United States |
| ) | |
| Efrain ALVAREZ-Garcia ) | |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned complainant being duly sworn states:

On or about July 1, 2008, within the Southern District of California, defendant Efrain ALVAREZ-Garcia, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
MARCO A. MIRANDA
SENIOR BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3RD DAY OF JULY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Efrain ALVAREZ-Garcia

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent T. Hendricks, that Efrain ALVAREZ-Garcia was found and arrested on July 1, 2008, approximately 3.5 miles east of Calexico, California.

On July 1, 2008, at approximately 9:00 p.m., the Remote Video Camera Operators monitoring the Calexico area of operations concentrate specifically on the area where the All American Canal intersects with Barbara Worth Road. A bridge which goes over the canal at that intersection is known as the Five Bridge. Remote Video Camera Operators spotted four individuals swimming along the edge of the All American Canal making their way from Mexico into the United States.

Agent Hendricks responded to the area and was notified by Remote Video Camera Operators the four individuals who had made an illegal entry were now underneath the Five Bridge. Agent Hendricks identified himself as a Border Patrol Agent and began questioning the four individuals regarding their citizenship. One of the four individuals was later identified as Efrain ALVAREZ-Garcia. The four individuals admitted to Agent Hendricks they were citizens of Mexico and they had entered the United States illegally. The individuals were placed under arrest.

Record checks revealed an Immigration Judge ordered ALVAREZ deported to Mexico from the United States on April 13, 2007.

Agent J. Bottcher advised ALVAREZ of his rights as per Miranda. ALVAREZ stated he understood his rights and was willing to answer questions without the presence of an attorney. ALVAREZ stated he was a citizen of Mexico. ALVAREZ admitted he entered the United States by crossing the international boundary between Mexico and the United States and then swimming westward in the

1  All American Canal. BPA Bottcher asked ALVAREZ if he had any
2  documentation in order to remain in the United States legally.
3  ALVAREZ stated that he did not.
4      There is no evidence ALVAREZ has ever applied to the
   Attorney General of the United States for permission to re-enter
5  the United States after having been deported, excluded, or
6  removed from the United States.

(3)