AO 455(Rev. 5/85) Waiver of Indictment

| | FILED |
|---|---|
| **UNITED STATES DISTRICT COURT** | AUG - 7 2008 |
| **SOUTHERN DISTRICT OF CALIFORNIA** | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  DEPUTY |

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| EFRAIN ALVAREZ-GARCIA | CASE NUMBER: 08CR2599-H |

I, EFRAIN ALVAREZ-GARCIA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  8/7/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*EFRAIN ALVAREZ*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer