| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | SABRINA L. FEVE |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 226590 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7854 / (619) 235-2757 (Fax) |
|   | Email: Sabrina.Feve@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8    UNITED STATES DISTRICT COURT

9    SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2599-GT |
|    |                           | ) | |
| 11 |             Plaintiff,    | ) | |
|    |                           | ) | NOTICE OF APPEARANCE |
| 12 |         v.                | ) | |
|    |                           | ) | |
| 13 | EFRAIN ALVAREZ-GARCIA,    | ) | |
|    |                           | ) | |
| 14 |             Defendant.    | ) | |
|    |                           | ) | |
| 15 | | | |

16    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19    83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or authorized

21    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22    counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23    activity in this case:

24        <u>Name</u> (If none, enter "None" below)

25        None.

26    //

27    //

28    //

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    <u>Name</u> (If none, enter "None" below)

    None.

    Please call me if you have any questions about this notice.

    DATED:  August 20, 2008.

                                Respectfully submitted,

                                KAREN P. HEWITT
                                United States Attorney

                                s/*Sabrina L. Feve*
                                SABRINA L. FEVE
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                United States of America
                                Email: Sabrina.Feve@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2599-GT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| EFRAIN ALVAREZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, SABRINA L. FEVE, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Sylvia A. Baiz, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2008.

s/ *Sabrina L. Feve*
SABRINA L. FEVE