FILED

NOV 0 9 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 08-2599GT |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EFRAIN ALVAREZ-GARCIA, ) | |
| ) | |
| Defendant. ) | |

On October 24, 2012, Defendant, Efrain Alvarez-Garcia ("Mr. Alvarez"), filed a Motion to Dismiss OSC due to lack of jurisdiction. Mr. Alvarez asserts that the court erroneously sentenced him to a three year term of supervised release instead of a one year term. If correct, Mr. Alvarez was not on supervised release at the time of the instant violation. The Government filed a notice of non-opposition to this motion and asserts that the Probation Officer also does not oppose this motion. Accordingly,

//

//

**IT IS ORDERED** that the OSC in this case is **DISMISSED.**

**IT IS FURTHER ORDERED** that the hearing date for the OSC is **VACATED.**

**IT IS SO ORDERED.**

11/9/12
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel